IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS B. ELLINGTON,
    Plaintiff

v.

NICHOLAS CORTES, et al.,
    Defendants

CIVIL ACTION NO. 3:09-2504

(JUDGE NEALON)
(MAGISTRATE JUDGE MANNION)

## ORDER

AND NOW, THIS 1st DAY OF FEBRUARY, 2013, for the reasons set forth in the Memorandum filed today, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 103) is **ADOPTED**;

2. Defendants' motion for summary judgment (Doc. 99) is **GRANTED**;

3. Plaintiff's objections (Doc. 106) to the Report and Recommendation are **OVERRULED**;

4. Plaintiff's motion in opposition (Doc. 107) is **DENIED**;

5. Plaintiff's claims are **DISMISSED without prejudice**; and

6. The Clerk of Court is directed to **CLOSE** this case; and

7. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

United States District Judge